FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 3 0 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ADEL HASSAN                                                              PLAINTIFF/
                                                                         APPLICANT
VS.                       NO. 3:10CV00100-WRW

ARKANSAS METHODIST HOSPITAL CORPORATION
d/b/a ARKANSAS METHODIST MEDICAL CENTER                                  DEFENDANT/
                                                                         RESPONDENT

## EMERGENCY APPLICATION FOR STAY

COMES Adel Hassan, and for his Emergency Application, he states:

1.   A.C.A. 16-108-202 allows this Court, sitting in diversity, to issue a stay. Consequently, there being complete diversity of the parties, Plaintiff requests that this Court immediately issue a stay, and compel the arbitration to proceed in a manner consistent with due process. Here, the parties have both objected to arbitration, but the Hospital refuses to arbitrate Dr. Hassan's discrimination claims. Dr. Hassan is willing to arbitrate all claims, but only if it is all the claims. The parties, by their deeds, have participated in arbitration and should have been deemed to be waived. The Hospital should be compelled to arbitrate.

2.   A copy of this pleading has been served upon Harold Simpson, counsel representing the hospital in the State.

WHEREFORE, Adel Hassan prays for an Order staying the arbitration, and for all other proper relief.

Respectfully submitted,

HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
Post Office Box 2012
Benton, AR 72018
501/315-1910; Facsimile 501/315-1916
Attorneys for the Plaintiff

By:   /s/ Luther Oneal Sutter
Luther Oneal Sutter, Ark. Bar No. 95031

1

g:\doc\hassan\er app stay.doc

2