IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ADEL HASSAN                                                                                          PLAINTIFF

vs.                           No. 3:10CV00100-WRW

ARKANSAS METHODIST HOSPITAL CORPORATION                          DEFENDANT
d/b/a ARKANSAS METHODIST MEDICAL CENTER

## RESPONSE TO MOTION TO STAY

Defendant Arkansas Methodist Hospital Corporation d/b/a Arkansas Methodist Medical Center ("AMMC"), by its attorneys The Health Law Firm, submits the following in Response to Adel Hassan's Motion to Stay:

1. On October 30, 2009, AMMC commenced a proceeding in arbitration claiming money damages from Plaintiff Adel Hassan, M.D. ("Dr. Hassan") for breach of a Physician Income Guaranty Agreement between the parties dated December 18, 2006 ("Agreement").

2. On January 20, 2010, Dr. Hassan filed a "Response and Counterclaim" in said arbitration proceeding, raising certain defenses to AMMC's breach of contract claim and purporting to assert a counterclaim based on an alleged violation of 42 U.S.C. § 1981 and the Arkansas Civil Rights Act of 1993.

3. On January 28, 2010, AMMC filed a response to the purported counterclaim stating that, among other things, the counterclaim is not arbitrable.

4. The arbitrator, by a January 27, 2010 letter, set a final hearing date of May 3 and 4, 2010.

5. On April 29, 2010, a telephonic hearing with counsel for the parties was held, the original arbitrator recused himself for an apparent conflict of interest, a new arbitrator was named and the final hearing date was postponed until May 17 and 18, 2010. Neither arbitrator ruled on the arbitrability of the counterclaim. Counsel for Dr. Hassan indicated his intention to file the present action.

6. On May 3, 2010, counsel for AMMC determined on the CM/ECF system the present action had been commenced on April 30, 2010.

7. AMMC has not been served with Dr. Hassan's Motion to Stay or the Complaint, but due to immediacy of the pending arbitration is compelled to respond to Dr. Hassan's Motion to Stay.

8. AMMC is not waiving any arguments it may have with regard to Dr. Hassan's Complaint, and, instead, submits the Complaint should be dismissed for insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted as allowed pursuant to Fed. R. Civ. P. 12(b)(4-6).

WHEREFORE, AMMC prays for an Order compelling arbitration on AMMC's breach of contract claim and dismissing Dr. Hassan's Complaint, and for all other proper relief.

**Respectfully submitted,**

 /s/ Harold H. Simpson
Harold H. Simpson #74133
**THE HEALTH LAW FIRM**
*Attorneys for the Defendant*
One Cantrell Center
2800 Cantrell Rd., Ste. 200
Little Rock, AR 72202
Phone: (501) 221-7100
Fax: (501) 224-8787

**CERTIFICATE OF SERVICE**

I, Harold H. Simpson, hereby certify that on the 4th day of May, 2010, I electronically filed the above and foregoing document with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Mr. Luther Sutter
luthersutter@yahoo.com

/s/ Harold H. Simpson
Harold H. Simpson, AR #74133
The Health Law Firm
2800 Cantrell Road, Suite 200
Little Rock, AR 72202
(501) 221-7100
(501) 224-8787 (Telefax)
E-mail: hhsimpson@healthlawfirm.com