**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**May 7, 2010**

Mr. Luther Oneal Sutter
Harrill & Sutter, P.L.L.C.
Post Office Box 2012
Benton, AR 72018

Mr. Harold H. Simpson , II
The Health Law Firm
2800 Cantrell Road, Suite 200
Little Rock, AR 72202

    Re: *Hassan v. Arkansas Methodist Hospital Corporation*, 3:10-cv-00100-WRW

Dear Counsel:

    I would like you to each brief the following issues by noon, Tuesday, May 11, 2010:

1. Whether the entirety of this arbitration clause is valid or otherwise enforceable under Ark. Code Ann. § 16-108-201 (b)(2)'s "employer-employee disputes" language;

2. If so, whether the disputed counterclaim is valid under this same language;

3. And, whether the arbitration clause requires the arbiter to determine whether the disputed counterclaim is within the scope of the arbitration clause.

                                          Cordially,

                                          /s/ Wm. R. Wilson, Jr.

Original to Clerk of Court
cc: Other Counsel of Record