IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ADEL HASSAN                                                                        PLAINTIFF/
                                                                                   APPLICANT

VS.                                      NO. 3:10-100

ARKANSAS METHODIST HOSPITAL CORPORATION
d/b/a ARKANSAS METHODIST MEDICAL CENTER                    DEFENDANT/
                                                           RESPONDENT

NOTICE OF DISMISSAL

COMES Adel Hassan, and for his Notice, he states:

1.   No Answer having been filed, Plaintiff gives notice of his dismissal under FRCP Rule 41, without prejudice.

WHEREFORE, Adel Hassan prays for an Order dismissing this case without prejudice, and for all other proper relief.

                                        Respectfully submitted,

                                        HARRILL & SUTTER, P.L.L.C.
                                        Attorneys at Law
                                        Post Office Box 2012
                                        Benton, AR  72018
                                        501/315-1910; Facsimile 501/315-1916
                                        Attorneys for the Plaintiff


                               By:      */s/ Luther Oneal Sutter*
                                        Luther Oneal Sutter, Ark. Bar No. 95031

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing has been served on this, the 14th day of May 2010, upon counsel for the hospital:

Mr. Harold Simpson  
The Health Law Firm  
2800 Cantrell Road, Suite 200  
Little Rock, Arkansas 72202

                         By:   */s/ Luther Oneal Sutter*  
                                  Luther Oneal Sutter, Ark. Bar No. 95031

g:\doc\hassan\er app stay.doc