# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ADEL HASSAN**                                                                                            **PLAINTIFF**

**vs.**                             **3:10CV00100 WRW**

**ARKANSAS METHODIST**
**HOSPITAL CORPORATION**                                                  **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion to Dismiss (Doc. No. 11), to which Defendant has responded.[1]

On April 30, 2010, Plaintiff filed an Emergency Petition to Stay Arbitration and a Complaint requesting, among other things, that this Court compel arbitration of his §1981 counter claim. On May 13th, 2010, I denied Plaintiff's Motion to Compel Arbitration, and stayed this preceding until the completion of Arbitration.

Now Plaintiff seeks to voluntary dismissal of this action. Defendant argues that it would be more efficient to retain jurisdiction over the Arbitration matters, because even if this case is dismissed I would retain power over the parties if any other issues arise. I agree with Defendant. Plaintiff's Motion to Dismiss is DENIED.

IT IS SO ORDERED this 7th day of June, 2010.

                                                                    /s/Wm. R. Wilson, Jr.
                                                      UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 12.