IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ADEL HASSAN                                                                                                    PLAINTIFF/
                                                                                                                          APPLICANT

VS.                                                    NO. 3:10-100

ARKANSAS METHODIST HOSPITAL CORPORATION
d/b/a ARKANSAS METHODIST MEDICAL CENTER                                        DEFENDANT/
                                                                                                                          RESPONDENT

<u>RESPONSE TO MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT.</u>

COMES Adel Hassan, and for his Response, he states:

1.      This is the unusual case where the Defendant has essentially deposed Dr. Hassan during the arbitration. The Defendant is in the possession of the transcript and know full well the identity of the doctors Dr. Hassan believes were treated more favorably than him. Although it is difficult understand Iqbal within the framework of notice pleading, Dr. Hassan's pleading meets this standard.

2.      Nonetheless, if Dr. Hassan is required to plead more facts, Plaintiff respectfully requests that the Court allow Plaintiff to replead and to allow the pleading to be filed under seal. Dr. Hassan is a Defendant in a medical malpractice action and does not wish to relinquish the privilege granted him by the Arkansas Medical Malpractice Act or the peer review statutes.

WHEREFORE, Adel Hassan prays for an Order denying the Motion, and for all other proper relief.

                Respectfully submitted,

                HARRILL & SUTTER, P.L.L.C.
                Attorneys at Law
                Post Office Box 2012
                Benton, AR  72018
                501/315-1910; Facsimile 501/315-1916
                Attorneys for the Plaintiff


By:   */s/ Luther Oneal Sutter*
       Luther Oneal Sutter, Ark. Bar No. 95031

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on this, the 29th day of August 2010, upon counsel for the hospital:

Mr. Harold Simpson
The Health Law Firm
2800 Cantrell Road, Suite 200
Little Rock, Arkansas 72202


By:   */s/ Luther Oneal Sutter*
       Luther Oneal Sutter, Ark. Bar No. 95031


g:\doc\hassan\er app stay.doc