# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ADEL HASSAN**                                                                                          **PLAINTIFF**

vs                                       3:10CV00100-WRW

**ARKANSAS METHODIST**
**HOSPITAL CORPORATION**
**d/b/a ARKANSAS METHODIST MEDICAL CENTER**                            **DEFENDANT**

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion to Dismiss Plaintiff's remaining claims, this case is DISMISSED, and judgment confirming the arbitration award is entered in favor of Defendant and against Plaintiff as follows:[1]

1. An award to Defendant from Plaintiff in the amount of $119,745.38 for damages and interest through May 26, 2010.

2. An award to Defendant from Plaintiff in the amount of $32,000.0 in attorneys' fees, $1,907.28 in costs, and $1,027.62 in interest.

IT IS SO ORDERED this 8th day of September, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] See Doc. Nos. 23, 14-1, 19-1.